OPINION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADAMA KA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. B-07-197 |
| | § | |
| BUREAU OF IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT | § | |
| Respondent. | § | |
| | § | |

## ORDER TO SUPPLEMENT THE RECORD

On May 6, 2008, this Court issued Standing Order Number B-2008-02. Respondent in this case have not complied with this Standing Order. Accordingly, Respondent is HEREBY ORDERED to immediately comply with paragraph 3 of Standing Order Number B-2008-02 issued May 6, 2008. Respondent shall supplement the record with documentation from Petitioner Ka's custody review determinations that took place on or about August 16, 2007, and on or about April 18, 2008. The Court needs all records and documents used in these reviews in order to properly rule on the matter. Respondent has until Monday, June 2, 2008, to comply with this Order and the Standing Order.

DONE at Brownsville, Texas, this 30th day of May 2008.

Felix Recio
United States Magistrate Judge